IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CR. No. CR 05 116T |
| v. | : | In Violation Of 18 U.S.C. § 922(g)(1) |
| JOVANI TORRES | : | |

INDICTMENT

The Grand Jury charges that:

COUNT 1

On or about June 28, 2005, in the District of Rhode Island, the defendant, Jovani Torres, having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit: a Colt .45 caliber semi-automatic pistol, serial number 2790103, in violation of 18 U.S.C. § 922(g)(1).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

PETER F. NERONHA
Assistant U.S. Attorney

GERARD B. SULLIVAN
Chief, Criminal Division

Dated: 10/12/05