AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

USA
v.
Jovani Torres

APPEARANCE

CASE NUMBER: CR05 1161

To the Clerk of this court and all parties of record:

Enter my appearance as counsel ~~in this case~~ for
Jovani Torres

I certify that I am admitted to practice in this court.

10-19-05
*Date*

*Signature*

Matthew B. Smith #4720
*Print Name* *Bar Number*

1206 Westminster St.
*Address*

Prov. RI. 02909
*City* *State* *Zip Code*

(401) 453-0700
*Phone Number*

(401) 454-5557 (FAX)
*Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.