1077828

AO 442 (Rev 5/93) Warrant for Arrest

RECEIVED
OCT 12 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court

## *District of Rhode Island*

**UNITED STATES OF AMERICA**

V.

JOVANI TORRES

**WARRANT FOR ARREST**

CASE NUMBER: CR 05-116T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest JOVANI TORRES
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

Felon in Possession of a Firearm

in violation of Title 18 United States Code, Section(s) 922(g)(1)

Martha Saucier
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[signature]
Signature of Issuing Officer

October 12, 2005/Providence, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

RETURN

at ACI on writ; returned to ACI

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10/12/2005 | Charles Wyant SDUSM | [signature] |
| DATE OF ARREST 10/19/2005 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.