RECEIVED
OCT 14 2005
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# *UNITED STATES DISTRICT COURT*
## *for the*
## *District of Rhode Island*

***Case No. CR 05-116T***

***To:*** ***ACI***
***CRANSTON. RI***

YOU ARE HEREBY COMMANDED, to have the body of JOVANI TORRES, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable David L. Martin, Magistrate Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:00** o'clock a.m., on the **19** day of October, 2005, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that I did bring before the court the within named defendant, on the date and time ordered.

Deputy U.S. Marshal

WITNESS the Honorable David L. **Martin**

United States Magistrate Judge at Providence, RI
Dated: October 14,2005.

David A. DiMarzio, Clerk

Arraignment

*By* *Martha Saucier - Deputy Clerk*