UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v. CRIMINAL NO. 05-116T

JOVANI TORRES

## MOTION FOR CONTINUANCE

Now comes the Defendant, Jovani Torres, by and through counsel, and respectfully requests that this Honorable Court vacate the Pretrial and Trial Calendar call dates in the above-referenced matter. The Pretrial is presently scheduled for November 17, 2005. The Defendant, by and through counsel, respectfully requests that the Honorable Court reschedule the Trial Calendar call for a date in January of 2006 or any other time this Honorable Court deems proper. In support of his request the Defendant states as follows:

1. That this matter is currently scheduled for a Trial Calendar call in December of 2005;

2. That the undersigned recently entered into the case as Defense Counsel and received Discovery and the Government's offer of a plea agreement last week;

3. That the undersigned recently entered into the case as Defense Counsel and has not yet had sufficient time to discuss the case and the Discovery and Plea Agreement provided by the Government with the Defendant. Consequently, the Defendant is not in a position to rationally decide whether to exercise his right to a trial in the above-referenced matter or plead;

4. That the Defendant hereby Waives his Right to a Speedy Trial, requests that the time granted for the Continuance be deemed excludable for purposes of the Speedy Trial Act, and asserts his right under U.S.C. title 18 section 3161 to request additional time to prepare against the present Indictment;

WHEREFORE, your Defendant, by and through his counsel, respectfully requests that this Honorable Court vacate the Trial Calendar call presently scheduled for December of 2005 and re-schedule the matter for a Jury Trial Calendar call in January of 2006 or any other time this Honorable Court deems proper and grant such other and further relief as may be deemed just and proper.

Respectfully submitted,
Defendant, Jovani Torres
By and through his attorney,

Matthew B. Smith, Esq. (#4120)
1206 Westminster Street
Providence, Rhode Island 02909
(401) 272-7277
(401) 454-5557 {fax}

**CERTIFICATION**

I, the undersigned do hereby certify that I mailed a true copy of the within Motion to Peter F. Neronha, A.U.S.A., Fleet Center, 50 Kennedy Plaza, 8th Floor, Providence, Rhode Island 02903 on this 15th day of November, 2005.