Kal

# *UNITED STATES DISTRICT COURT*
### *for the*
### *District of Rhode Island*

RECEIVED

*Case No. CR05-116T*

JAN 0 5 2006

US MARSHALS
RHODE ISLAN[D]

***To:*** ***Warden***
***ACI***
***Cranston, RI 02920***

YOU ARE HEREBY COMMANDED, to have the **body** of **Jovani Torres**, by you restrained of **his** liberty, as it is said, by whatsoever means detained, together with the day and cause of **his** being detained, before the Honorable **Ernest C. Torres**, Chief Judge of the United States District Court for the District of Rhode Island, at the court room of said court, in the City of Providence, at **11:30 o'clock a.m.**, on the **10th** day of **February, 2006**, then and there to do, submit to and receive whatsoever the said Judge then and there determines in that behalf, and have you there and then this writ.

I hereby certify and return that
I did bring before the court
the within named d[efendant]
on the date and time [...]

Deputy U.S. Mar[shal]

WITNESS the Honorable **Ernest C. Torres**

United States Chief Judge at Providence, RI
Dated: January 4, 2006.

David A. DiMarzio, Clerk

Change of Plea Hearing

***By*** __________________
***Ryan Jackson - Deputy Clerk***